IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## 07 - CV - 0 1 6 9 9 - BNB

Civil Action No. _____

**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

Ex Parte, EDSON LYLE PFEIFFELMAN,

      Petitioner,

v.

UNITED STATES OF AMERICA,

      Respondent.

---

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 0 2007

GREGORY C. LANGHAM
CLERK

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PETITIONER TO CURE DEFICIENCY

Petitioner has submitted a document titled "Motion to Proceed with this Action without Payment of Fees for an Original Habeas Corpus" and a document titled "Petition For Writ of Habeas Corpus."  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order.  Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action.  Petitioner will be directed to cure the following if he wishes to pursue his claims.  Any papers which the Petitioner files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**

(1)   __    is not submitted
(2)   __    is missing affidavit
(3)   _X_    is missing **certified copy** of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __    is missing required financial information

Dockets.Justia.com

(5)  __  is missing an original signature by the prisoner
(6)  X   is not on proper form (must use the court's current form)
(7)  __  names in caption do not match names in caption of complaint, petition or
         habeas application
(8)  __  An original and a copy have not been received by the court.
         Only an original has been received.
(9)  __  other _____

**Complaint, Petition or Application**:
(10) __  is not submitted
(11) X   is not on proper form (must use the court's current form)
(12) __  is missing an original signature by the prisoner
(13) __  is missing page nos. ___
(14) __  uses et al. instead of listing all parties in caption
(15) __  An original and a copy have not been received by the court.  Only an
         original has been received.
(16) __  Sufficient copies to serve each defendant/respondent have not been
         received by the court.
(17) __  names in caption do not match names in text
(18) __  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Petitioner cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Petitioner

files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Petitioner, together

with a copy of this order, two copies of the following forms: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action

and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  It is

FURTHER ORDERED that, if the Petitioner fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the action will be

dismissed without further notice.   The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _9th_ day of _august_____, 2007.

BY THE COURT:


_Boyd N Boland_
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.

07 - CV - 01699 - BNB

Edson Preiffelman
Reg. No. 33603-013
FCI - Safford
PO Box 9000
Safford, AZ 85548

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on___8/10/07___

GREGORY C. LANGHAM, CLERK

By:_____
                    Deputy Clerk